1983 TMP S

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2014 DEC -4 A 11:42

Tillman North
_____

Inmate Identification Number: _____

_____

_____

(Enter above the full name of the plaintiff
in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Escambia County SHerriff DepT
(Grover Smith) Sherriff
21ST Task Force.
_____

CV-14-K-2334-S

(Enter above full name(s) of the defendant(s)
in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )          No ( L )

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

       1.  Parties to this previous lawsuit:

           Plaintiff: _____

           _____

           Defendant(s): _____

           _____

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Place of present confinement _Escambia County Detention Center Brewton Alabama_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)    No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes ( )    No (✓)

C. If your answer is YES:

1. What steps did you take? _____

2. What was the result? _____

D. If your answer is NO, explain why not: _____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Tillman North  316 Court Street Brewton Al 36426

Address _____

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Escambia County Detention Center

Is employed as _____

at _____

C. Additional Defendants _____

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I'm Innocent in this case. Falsley incarcerated, Held in custody unlawfully. Escambia County Sherriff Department arrested me for the 21st Task Force making up a story about He bought drugs from me, He Has no evidence to this alledge allegation. I Were Assaulted, Harrassed, Threaten, Hamiliated, and Jail for over a perial of 365 days. I lost Job. and He will not present evidence in case. I also lost use of a limb because of this

alligation.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want to sue for Damages also want The x Task officer To pay for the crime (perjury and Having me DeTain for over 365 days)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-1-2014.

SIGNATURE Tillman North

ADDRESS Escambia County DeTention Center 316 Court STreet

BrewTon, Ala 36426

AIS # 

5

Tillman North

vs

2f Task Force Drugs

FILED

2014 DEC -4 P 12:17

U.S. DISTRICT COURT
N.D. OF ALABAMA

V.  I want to sue for being falsely incarcerated, or Detain for 365 day, For perjury, Assault, Trust passing scaring me out of my mind, Hamiliation, Threatening Me, all without Having Proof I sold Him Drugs. Also without a Warrant. To be on Property, Later Got a Warrant after making them leave Cause I Threaten To Call police.

Tillman North

Escambia County Detention Center
316 Court Street
Brewton Al 36426